

January 11, 2018

Honorable Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Matter No.: 26100-101

**VIA ECF**

Re: *CoKinetic Systems, Corp. v. Panasonic Avionics Corporation, 17-cv-1527 (PKC)*

Dear Judge Castel:

This law firm represents the Plaintiff, CoKinetic Systems, Corp., in connection with the above-referenced action. There is no conference currently scheduled in this case. We write with the consent of all parties to inform Your Honor that the parties have now executed a confidential settlement agreement fully resolving this action. Pursuant to the terms of the confidential settlement entered into between the parties, attached please find an executed Stipulation of Voluntary Dismissal with Prejudice, which the parties respectfully request be so ordered by Your Honor.

Respectfully Submitted,

Todd A. Higgins, Esq.

cc:     All counsel of record via ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
COKINETIC SYSTEMS, CORP.,                                            :   **Index No.:** 17-CV-1527 (PKC)
:
                Plaintiff,                                   :
:
:
          -against-                                        :
:   **STIPULATION OF**
:   **VOLUNTARY DISMISSAL**
:   **WITH PREJUDICE**
:
PANASONIC AVIONICS CORPORATION,                                      :
:
                Defendant.                                   :
:
-------------------------------------------------------------------- X

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for Plaintiff, CoKinetic Systems, Corp. and Defendant, Panasonic Avionics Corporation, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the above-captioned action, the above-captioned action is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without attorneys' fees and costs to any party as against another party.

    **IT IS FURTHER STIPULATED AND AGREED**, that this Court shall retain jurisdiction over this action in accordance with the terms and conditions of that certain confidential settlement entered into by the parties pursuant to which this stipulation has been entered into.

1

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in counterparts and that an electronic copy of this Stipulation shall be as good and binding upon the parties as an original.

Dated: New York, New York
January 11, 2018

CROSBY & HIGGINS LLP

By: _____
Todd A. Higgins, Esq. (TH 7920)
*Attorneys for Plaintiff*
477 Madison Ave, 6th Floor
New York, New York 10022
(646) 452-2300

WILMER CUTLER PICKERING HALE AND DORR LLP

By: _____
Steven F. Cherry, Esq.
*Attorneys for Defendant*
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 663-6321

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York

_____, 2018

2