```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

COKINETIC SYSTEMS, CORP.,

              Plaintiff,

         -against-

PANASONIC AVIONICS CORPORATION,

              Defendant.

-------------------------------------------------------------- X

**Index No.:** 17-CV-1527 (PKC)

*So Ordered*

**STIPULATION OF
VOLUNTARY DISMISSAL
WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for Plaintiff, CoKinetic Systems, Corp. and Defendant, Panasonic Avionics Corporation, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the above-captioned action, the above-captioned action is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without attorneys' fees and costs to any party as against another party.

    **IT IS FURTHER STIPULATED AND AGREED**, that this Court shall retain jurisdiction over this action in accordance with the terms and conditions of that certain confidential settlement entered into by the parties pursuant to which this stipulation has been entered into.

1

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in counterparts and that an electronic copy of this Stipulation shall be as good and binding upon the parties as an original.

Dated: New York, New York
January 11, 2018

CROSBY & HIGGINS LLP

By: _____
Todd A. Higgins, Esq. (TH 7920)
Attorneys for Plaintiff
477 Madison Ave, 6th Floor
New York, New York 10022
(646) 452-2300

WILMER CUTLER PICKERING HALE AND DORR LLP

By: _____
Steven F. Cherry, Esq.
Attorneys for Defendant
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 663-6321

*If the parties wish the Court to retain jurisdiction to enforce the settlement agreement, then they must file that agreement on the public record.*

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
         January 19, 2018